IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00356-MR-WCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br> )<br>**Plaintiff,** )<br> )<br>**vs.** )<br> )<br>**CRYPTOCURRENCY HELD IN THE** )<br>**COINBASE, INC. ACCOUNT** )<br>**ASSOCIATED WITH USER** )<br>**IDENTIFICATION** )<br>**5b365c6897a1d60d1f1164a6,** )<br> )<br>**Defendant.** )<br>_____ ) | **DEFAULT JUDGMENT** |

**THIS MATTER** is before the Court on the Government's Motion pursuant to Fed. R. Civ. P. 55(b)(2) for Default Judgment. [Doc. 7].

Upon review of the Government's motion and the record, it appears that no person or entity has filed a claim or answer in the matter as to the Defendant Cryptocurrency identified in the Complaint. The deadline for filing any claims as to this property has expired, and the Clerk has issued an Entry of Default.

After careful review, the Court finds that the Government has established that default judgment is appropriate.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Government's Motion for Default Judgment of Forfeiture [Doc. 7] is hereby **GRANTED**, and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities with respect to the Defendant Cryptocurrency held in the Coinbase, Inc. account associated with User Identification 5b365c6897a1d60d1f1164a6, as identified in the Verified Complaint.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any right, title, and interest of all persons to the Defendant Cryptocurrency is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States Marshal is hereby directed to dispose of the Defendant Cryptocurrency as provided by law.

**IT IS SO ORDERED.**

Signed: March 8, 2022

Martin Reidinger
Chief United States District Judge